IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:13-CV-216-FL

| | |
|---|---|
| DEBORAH GROH AND NOELLE ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRENDA COUNTS AND COUNTS, LTD., <br><br> Defendants, <br><br> *and* <br><br> BRENDA COUNTS AND NOEL COUNTS, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> DEBORAH GROH AND NOELLE ENTERPRISES, INC., <br><br> Counterclaim Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Relief From Scheduling Order to Accommodate Mediation. For good cause shown, the motion is GRANTED.

**NOW THEREFORE**, it is hereby ORDERED that:

(1) The parties shall schedule a mediation in connection with this matter to occur prior to December 31, 2013; and

(2) The parties shall file a joint status report upon the conclusion of the mediation; and

(3) The Court's November 1, 2013 Initial Order Regarding Planning and Scheduling (DE 18) is hereby AMENDED to reflect the following deadlines:

- The parties shall conduct the Rule 26(f) conference within 21 days following the conclusion of mediation, and

- The parties shall exchange Rule 26(a)(1) initial disclosures and file the Joint Report and Plan within 14 days after the Rule 26(f) conference.

**SO ORDERED**, this the __21st__ day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge