IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-216-FL

| | | |
|---|---|---|
| NOELLE ENTERPRISES, INC., a North Carolina Corporation and DEBORAH GROH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BRENDA COUNTS; COUNTS, LTD.; and NOEL COUNTS, | ) ) ) | |
| Defendants. | ) ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Monday, March 10, 2014.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 23rd day of January, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge